| ARAPAHOE COUNTY DISTRICT COURT STATE OF COLORADO 7325 S Potomac St #100 Centennial, Colorado 80112 (303) 645-6600 | DATE FILED July 17, 2025 2:30 PM FILING ID: F303E4E0EF3AE CASE NUMBER: 2025CV31689 |
|---|---|
| Plaintiff: **MARC PETERS** **v.** Defendants: **THE RECESS FACTORY, LLC; LTF TRIATHLON SERIES LLC; LIFE TIME, INC.** | ▲  COURT USE ONLY  ▲ |
| *Attorneys for Plaintiff:* Robert E. Caldwell, Jr., Esq., #47385 WILHITE, ROSE & ROBERTS P.C. 1600 Ogden Street Denver, CO 80218 Phone Number: (303) 839-1650 FAX Number: (303) 832-7102 E-mail: rcaldwell@wilhitelawfirm.com | Case No.  Div.  *JURY TRIAL REQUESTED* |
| **SUMMONS** | |

**The People Of The State Of Colorado To The Above-Named Defendant**: <u>**LIFE TIME, INC.**</u>

**YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court an answer or other response to the attached complaint.  **If service of the summons and complaint was made upon you within the State of Colorado, you are required to file an answer or other response within 21 days after such service upon you.**  If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file an answer or other response within 35 days after such service upon you.

**If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.**

*The following documents are also served herewith: Complaint and Jury Demand, and District Court Civil Case Cover Sheet.*

Dated:  <u>July 17, 2025</u>

*/s/ Robert E. Caldwell, Jr. – Original Signature on File*
Robert E. Caldwell, Jr., Esq., #47385
Attorney for Plaintiff

EXHIBIT C

| ARAPAHOE COUNTY DISTRICT COURT<br>STATE OF COLORADO<br>7325 S Potomac St #100<br>Centennial, Colorado 80112<br>(303) 645-6600<br><br>Plaintiff:<br>**MARC PETERS**<br><br>**v.**<br><br>Defendants:<br>**THE RECESS FACTORY, LLC; LTF TRIATHLON SERIES LLC; LIFE TIME, INC.** | DATE FILED<br>July 17, 2025 2:30 PM<br>FILING ID: F303E4E0EF3AE<br>CASE NUMBER: 2025CV31689 |
|---|---|
| *Attorneys for Plaintiff:*<br>Robert E. Caldwell, Jr., Esq., #47385<br>WILHITE, ROSE & ROBERTS P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone Number: (303) 839-1650<br>FAX Number: (303) 832-7102<br>E-mail: rcaldwell@wilhitelawfirm.com | **▲  COURT USE ONLY  ▲**<br><br>Case No.<br><br>Div.<br><br><br>*JURY TRIAL REQUESTED* |
| **SUMMONS** | |

**The People Of The State Of Colorado To The Above-Named Defendant**: <u>LTF TRIATHLON SERIES LLC</u>

**YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court an answer or other response to the attached complaint.  **If service of the summons and complaint was made upon you within the State of Colorado, you are required to file an answer or other response within 21 days after such service upon you.**  If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file an answer or other response within 35 days after such service upon you.

**If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.**

*The following documents are also served herewith: Complaint and Jury Demand, and District Court Civil Case Cover Sheet.*

Dated:  <u>July 17, 2025</u>

*/s/ Robert E. Caldwell, Jr. – Original Signature on File*
Robert E. Caldwell, Jr., Esq., #47385
Attorney for Plaintiff

| ARAPAHOE COUNTY DISTRICT COURT<br>STATE OF COLORADO<br>7325 S Potomac St #100<br>Centennial, Colorado 80112<br>(303) 645-6600 | DATE FILED<br>July 17, 2025 2:30 PM<br>FILING ID: F303E4E0EF3AE<br>CASE NUMBER: 2025CV31689 |
|---|---|
| Plaintiff:<br>**MARC PETERS**<br><br>**v.**<br><br>Defendants:<br>**THE RECESS FACTORY, LLC; LTF TRIATHLON SERIES LLC; LIFE TIME, INC.** | **▲ COURT USE ONLY ▲** |
| *Attorneys for Plaintiff:*<br>Robert E. Caldwell, Jr., Esq., #47385<br>WILHITE, ROSE & ROBERTS P.C.<br>1600 Ogden Street<br>Denver, CO 80218<br>Phone Number: (303) 839-1650<br>FAX Number: (303) 832-7102<br>E-mail: rcaldwell@wilhitelawfirm.com | Case No.<br><br>Div.<br><br><br>***JURY TRIAL REQUESTED*** |
| **SUMMONS** ||

**The People Of The State Of Colorado To The Above-Named Defendant**: <u>THE RECESS FACTORY, LLC</u>

　　　　**YOU ARE HEREBY SUMMONED** and required to file with the clerk of this court an answer or other response to the attached complaint. **If service of the summons and complaint was made upon you within the State of Colorado, you are required to file an answer or other response within 21 days after such service upon you.** If service of the summons and complaint was made upon you outside the State of Colorado, you are required to file an answer or other response within 35 days after such service upon you.

　　　　**If you fail to file your answer or other response to the complaint in writing within the applicable time period, judgment by default may be entered against you by the court for the relief demanded in the complaint without further notice.**

　　　　*The following documents are also served herewith: Complaint and Jury Demand, and District Court Civil Case Cover Sheet.*

　　　Dated: 　<u>July 17, 2025</u>　　　　　　　　*/s/ Robert E. Caldwell, Jr. – Original Signature on File*
　　　　　　　　　　　　　　　　　　　　　　　Robert E. Caldwell, Jr., Esq., #47385
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff