| | |
|---|---|
| ARAPAHOE COUNTY DISTRICT COURT<br>STATE OF COLORADO<br><br>7325 S Potomac St #100<br>Centennial, Colorado 80112<br>(303) 645-6600 | DATE FILED<br>July 15, 2026 10:20 AM<br>CASE NUMBER: 2025CV31689 |
| Plaintiff(s):<br><br>**MARC PETERS**<br><br>v.<br><br>Defendants(s):<br><br>**THE RECESS FACTORY, LLC; LTF TRIATHLON SERIES LLC; LIFE TIME, INC.** | ☐Court Use Only☐ |
| | Case Number: 2025CV31689<br><br>Div.: 204 |
| **ORDER** | |

The Court, having reviewed the parties Stipulation for Dismissal with Prejudice of Claims Between Plaintiff and Defendant The Recess Factory and being fully advised, hereby confirms and orders all claims in this matter against The Recess Factory are hereby Dismissed with Prejudice, each party to pay his or its own incurred costs and attorney fees related to these claims. This dismissal shall not impact Plaintiff's claims against Defendants LTF Triathlon Series, LLC or Life Time, Inc.

Dated this __15__ day of _____July_____ 2026.

_____
District Court Judge