IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-03161-NRN

MARC PETERS
    Plaintiff,

v.

LTF TRIATHLON SERIES LLC and LIFE TIME, INC;
    Defendants.

---

**CORPORATE DISCLOSURE STATEMENT AND RULE 7.1(a)(2) DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Life Time, Inc. is a corporation organized under the laws of Minnesota with its principal place of business in Minnesota. It is therefore a citizen of Minnesota.

Defendant LTF Triathlon Series, LLC's sole member is LTF Operations Holdings, Inc., which is a corporation organized under the laws of Minnesota with its principal place of business in Minnesota. It is therefore also a citizen of Minnesota.

Life Time, Inc., is 100% owned by LTF Intermediate Holdings, Inc., which is 100% owned by Life Time Group Holdings, Inc.

LTF Triathlon Series. Inc. is 100% owned by LTF Operations Holdings, Inc., which is 100% owned by Life Time, Inc., which is 100% owned by LTF Intermediate Holdings, Inc., which is 100% owned by Life Time Group Holdings, Inc.

Life Time Group Holdings, Inc. indirectly owns more than 10% of the stock of Life Time, Inc. Additionally, TPG, Inc. owns more than 10% of the stock of Life Time Group Holdings, Inc.

Respectfully submitted on July 16, 2026.

HALL & EVANS, LLC


*s/ Conor P. Boyle*

Conor P. Boyle
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax: (303) 628-3368
boylec@hallevans.com
*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 16, 2026 this **CORPORATE DISCLOSURE STATEMENT AND RULE 7.1(a)(2) DISCLOSURE STATEMENT** was filed with this Court and served on all parties via the ECF filing system to the following:

Benjamin Flicker, Esq.
WILHITE, ROSE & ROBERTS P.C.
1600 Ogden Street
Denver, CO 80218
Phone Number: (303) 839-1650
FAX Number: (303) 832-7102
E-mail: bflicker@wilhitelawfirm.com
Attorneys for Plaintiff

*s /Rebecca Walker*